UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRITTANY BANCROFT and ARIEL SHARONE, on behalf of themselves and All others similarly situated** | **CIVIL ACTION NO. 2:21-CV-545** |
| | **JUDGE: ASHE** |
| | **MAGISTRATE: VAN MEERVELD** |
| v. | |
| **217 BOURBON, LLC and JESSE WADE YEOMANS,** | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Rule 12(b)(1) and 12(b)(6) Motions to Dismiss filed by Defendants 217 Bourbon, LLC and Jesse Wade Yeomans will be submitted for consideration to the Honorable Judge Barry Ashe, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 on July 15, 2021, at 10:00 a.m.

**STERNBERG, NACCARI & WHITE, LLC**

_____
**JUSTIN E. ALSTERBERG-T.A.,** La. Bar No. 31015
**CARL LITTLE,** La. Bar. No. 24523
**GRAHAM WILLIAMS,** La. Bar No. 36731
935 Gravier Street, Suite 2020
New Orleans, Louisiana 70112
Telephone: 504.324.2141
Facsimile:   504.534.8961
ja@snw.law | carl@snw.law | graham@snw.law

*Counsel for 217 Bourbon, LLC and Jesse Wade Yeomans*

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on all parties or their counsel of record by through the court's CM/ECF system on the 25th day of June, 2021.

**STERNBERG, NACCARI & WHITE, LLC**