UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRITTANY BANCROFT and ARIEL SHARONE, on behalf of themselves and All others similarly situated** | **CIVIL ACTION NO. 2:21-CV-545** |
| | **JUDGE: ASHE** |
| | **MAGISTRATE: VAN MEERVELD** |
| v. | |
| **217 BOURBON, LLC and JESSE WADE YEOMANS,** | |

### DECLARATION OF JESSE WADE YEOMANS

Pursuant to 28 U.S.C. 1746, I, Jesse Wade Yeomans, declare as follows:

1. I am a person of the full age of majority and am fully competent to execute this declaration.

2. I am an owner and the manager of 217 Bourbon, LLC, which LLC owns and operates The Drinkery;

3. The Drinkery is a bar located on Bourbon Street in New Orleans, Louisiana;

4. The Drinkery serves alcoholic and non-alcoholic beverages to its customers; it also serves a limited number of food items;

5. Nearly all (approximately 95%) of the ingredients in the beverages and food it serves are sourced from local distributors located in the State of Louisiana;

6. The beverages served by the drinkery are consumed either on the premises or outside of the premises through the use of "to-go cups;"

7. The Drinkery does not produce any food or beverages which are packaged and shipped out of the State of Louisiana;

8. The plaintiffs to this lawsuit were employed as bartenders at The Drinkery;

9. At no time during their employment did they produce any goods or prepare and/or serve any food or beverages which were served or shipped anywhere out of the State of Louisiana;

10. That the foregoing is true and correct, and based upon my own knowledge.

I declare under the penalty of perjury that the foregoing is true and correct.

This 21ˢᵗ day of May, 2021.

_____
Jesse Wade Yeomans