UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRITTANY BANCROFT and ARIEL SHARONE, on behalf of themselves and All others similarly situated** | **CIVIL ACTION NO. 2:21-CV-545** |
| | **JUDGE: ASHE** |
| | **MAGISTRATE: VAN MEERVELD** |
| v. | |
| **217 BOURBON, LLC and JESSE WADE YEOMANS,** | |

### DEFENDANTS RULE 12(B)1) & 12(B)(6) MOTIONS TO DISMISS

**NOW INTO COURT,** through undersigned counsel, come Defendants 217 Bourbon, LLC and Jesse Wade Yeomans, and submit their Rule 12(b)(1) and 12(b)(6) Motions to Dismiss all of plaintiff's claims as set forth in their First Supplemental and Amended Complaint. As set forth in the accompanying Memorandum in Support, plaintiffs still do not have any cognizable claims under the FLSA because, as a matter of law, serving as a bartender at a bourbon street bar does not constitute activities engaged in interstate commerce for the FLSA to apply. Thus, as plaintiffs sole federal claims arise under the FLSA, this Court does not have subject matter jurisdiction to hear their claims. Similarly, even if this Court had jurisdiction to decide these claims, plaintiffs have failed to state a claim upon which relief can be granted for the very same reasons. As such, the instant matter must be dismissed.

**WHEREFORE,** as set forth herein and in the accompanying memorandum in support, Defendants 217 Bourbon, LLC and Jesse Wade Yeomans respectfully request this Honorable Court grant their Rule 12(b)(1) and 12(b)(6) Motions to Dismiss as to all of plaintiff's claims.

**(SIGNATURE BLOCK ON NEXT PAGE)**

|  | **STERNBERG, NACCARI & WHITE, LLC** |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I certify that a copy of the foregoing pleading has been served on all parties or their counsel of record by through the court's CM/ECF system on the 30th day of June, 2021.<br><br>*/s/ signature*<br><br>**STERNBERG, NACCARI & WHITE, LLC** | */s/ signature*<br><br>**JUSTIN E. ALSTERBERG-T.A.,** La. Bar No. 31015<br>**GRAHAM WILLIAMS,** La. Bar No. 36731<br>935 Gravier Street, Suite 2020<br>New Orleans, Louisiana 70112<br>Telephone: 504.324.2141<br>Facsimile:   504.534.8961<br>ja@snw.law | graham@snw.law<br><br>*Counsel for 217 Bourbon, LLC and Jesse Wade Yeomans* |