UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRITTANY BANCROFT | CIVIL ACTION |
| VERSUS | NO. 21-545 |
| 217 BOURBON, LLC, ET AL. | SECTION M (1) |

## SCHEDULING CONFERENCE NOTICE

The telephone scheduling conference previously set for September 1, 2021 at 9:30 a.m., is hereby RESET to be held on Thursday, **September 23, 2021 at 9:30 a.m.** The Court will be represented by its case manager. All parties are to call into the conference call at (877) 873-8018, Access Code:  2994682

/s/ Cherie Charles
Case Manager, Section M
(504) 589-7703