MINUTE ENTRY
VAN MEERVELD
December 15, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRITTANY BANCROFT, ET AL.,<br>    *Plaintiffs* | CIVIL ACTION<br>NO.   21-545 |
| VERSUS | SECTION: "M" (1) |
| 217 BOURBON, LLC, ET AL.,<br>    *Defendants* | JUDGE BARRY W. ASHE |
| | MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

### <u>STATUS CONFERENCE</u>

A video status conference was conducted on this date before the undersigned Magistrate Judge.

PARTICIPATING:   Daniel Myer, Justin Alsterberg

The parties discussed plaintiffs' Motion to Compel. (Rec. Doc. 21).

ORDERED:

The Motion to Compel (Rec. Doc. 21) is GRANTED; defendants shall produce the responsive documents by December 17, 2021. If the parties encounter issues, they may contact the chambers of the undersigned to schedule a status conference.

The Motion to Expedite (Rec. Doc. 23) is DENIED as moot.

Janis van Meerveld
United States Magistrate Judge

MJSTAR (00:10)