BOURBON STREET DRINKERY  
217 BOURBON S  
NEW ORLEANS LA 70130-2204

1710-2213  
ORG1:100 Bartender  
EE ID: 79

ARIEL SHARONE  
REDACTED

**NON-NEGOTIABLE**

**NON-NEGOTIABLE**

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Ariel Sharone | | |
| REDACTED | | |
| REDACTED | | |
| **Home Department:** 100 Bartender | | |
| **Pay Period:** 11/30/19 **to** 12/13/19 | | |
| **Check Date:** 12/20/19   **Check #:** 100409 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0 00 | 0 00 |
| **NET PAY** | **0.00** | **0.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 36 33 | 2 1300 | 77 38 | 60 51 | 128 88 |
| | **Total Hours** | 36 33 | | | 60 51 | |
| | **Gross Earnings** | | | 77 38 | | 128 88 |
| | **Total Hrs Worked** | 36 33 | | | | |

| OTHER ITEMS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| *Do not increase Net Pay* | | | |
| | Tips Cash | 634 00 | 1121 52 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | >> SHORTFALL(S) ARE  ND CATED BY AN ASTER SK(*) | | | |
| | Social Security | | 44 10 | 77 52 |
| | Medicare | | 10 31 | 18 13 |
| | Fed  ncome Tax | S 0 | * 20 97 | 30 23 |
| | LA  ncome Tax | S 0 0 | * 2 00 | 3 00 |
| | **TOTAL** | | 77 38 | 128 88 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 0.00 | 0.00 |



**EXHIBIT 1**

BOURBON STREET DRINKERY  1710-2213
217 BOURBON S  ORG1:100 Bartender
NEW ORLEANS LA  70130-2204  EE ID: 79

*Payrolls by Paychex, Inc.*

ARIEL SHARONE
REDACTED

**NON-NEGOTIABLE**

**NON-NEGOTIABLE**

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Ariel Sharone | | |
| REDACTED | | |
| **Home Department:** 100 Bartender | | |
| **Pay Period:** 11/16/19 **to** 11/29/19 | | |
| **Check Date:** 12/06/19  **Check #:** 100385 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0 00 | 0 00 |
| **NET PAY** | **0.00** | **0.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 24 18 | 2 1300 | 51 50 | 24 18 | 51 50 |
| | **Total Hours** | 24 18 | | | 24 18 | |
| | **Gross Earnings** | | | 51 50 | | 51 50 |
| | **Total Hrs Worked** | 24 18 | | | | |

| OTHER ITEMS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| *Do not increase Net Pay* | | | |
| | Tips Cash | 487 52 | 487 52 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | >> SHORTFALL(S) ARE  ND CATED BY AN ASTERSK(*) | | | |
| | Social Security | | 33 42 | 33 42 |
| | Medicare | | 7 82 | 7 82 |
| | Fed ncome Tax | S 0 | * 9 26 | 9 26 |
| | LA ncome Tax | S 0 0 | * 1 00 | 1 00 |
| | **TOTAL** | | 51 50 | 51 50 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **0.00** | **0.00** |

Payrolls by Paychex, Inc.

0072 1710-2213   Bourbon Street Drinkery • 217 Bourbon St • New Orleans LA  70130 2204 • (713) 805 5988

BOURBON STREET DRINKERY  1710-2213
217 BOURBON S  ORG1:100 Bartender
NEW ORLEANS LA  70130-2204  EE ID: 79

ARIEL SHARONE
REDACTED

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

| **PERSONAL AND CHECK INFORMATION** | | | | **EARNINGS** | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Ariel Sharone | | | | | Hourly | 39 67 | 2 1300 | 84 50 | 57 46 | 122 39 |
| REDACTED | | | | | **Total Hours** | 39 67 | | | 57 46 | |
| | | | | | **Gross Earnings** | | | 84 50 | | 122 39 |
| **Home Department:** 100 Bartender | | | | | **Total Hrs Worked** | 39 67 | | | | |
| **Pay Period:** 12/28/19 **to** 01/10/20 | | | | **OTHER ITEMS** *Do not increase Net Pay* | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| **Check Date:** 01/17/20   **Check #:** 100459 | | | | | Tips Cash | | | 762 51 | | 1113 84 |
| **NET PAY ALLOCATIONS** | | | | **WITHHOLDINGS** | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | | | | >> SHORTFALL(S) ARE  ND CATED BY AN ASTERSK(*) | | | | | |
| DESCRIPTION | THIS PERIOD ($) | | YTD ($) | | Social Security | | | 52 52 | | 76 65 |
| Check Amount | 0 00 | | 0 00 | | Medicare | | | 12 29 | | 17 93 |
| **NET PAY** | **0.00** | | **0.00** | | Fed ncome Tax | S 0 | | * 17 69 | | 25 81 |
| | | | | | LA  ncome Tax | S 0 0 | | * 2 00 | | 2 00 |
| | | | | | **TOTAL** | | | 84 50 | | 122 39 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **0.00** | **0.00** |

Payrolls by Paychex, Inc.

**0072 1710-2213**  Bourbon Street Drinkery • 217 Bourbon St • New Orleans LA  70130 2204 • (713) 805 5988

BOURBON STREET DRINKERY  
217 BOURBON S  
NEW ORLEANS LA  70130-2204

1710-2213  
ORG1:100 Bartender  
EE ID: 79

ARIEL SHARONE  
REDACTED

**NON-NEGOTIABLE**

*Payrolls by Paychex, Inc.*

**NON-NEGOTIABLE**

| **PERSONAL AND CHECK INFORMATION** | | |
|---|---|---|
| Ariel Sharone | | |
| REDACTED | | |
| **Home Department:** 100 Bartender | | |
| **Pay Period:** 12/14/19 **to** 12/27/19 | | |
| **Check Date:** 01/03/20   **Check #:** 100432 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0 00 | 0 00 |
| **NET PAY** | **0.00** | **0.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 17 79 | 2 1300 | 37 89 | 17 79 | 37 89 |
| | **Total Hours** | 17 79 | | | 17 79 | |
| | **Gross Earnings** | | | 37 89 | | 37 89 |
| | **Total Hrs Worked** | 17 79 | | | | |

| OTHER ITEMS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| *Do not increase Net Pay* | | | |
| | Tips Cash | 351 33 | 351 33 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | >> SHORTFALL(S) ARE  ND CATED BY AN ASTER SK(*) | | | |
| | Social Security | | 24 13 | 24 13 |
| | Medicare | | 5 64 | 5 64 |
| | Fed ncome Tax | S 0 | * 8 12 | 8 12 |
| | LA  ncome Tax | S 0 0 | * 0 00 | |
| | **TOTAL** | | 37 89 | 37 89 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **0.00** | **0.00** |

*Payrolls by Paychex, Inc.*

**0072 1710-2213**   Bourbon Street Drinkery • 217 Bourbon St • New Orleans LA  70130 2204 • (713) 805 5988