UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRITTANY BANCROFT, *et al.*                    CIVIL ACTION

VERSUS                                          NO. 21-545

217 BOURBON, LLC, *et al.*                     SECTION M (1)

## **ORDER**

Considering the uncontested motion of plaintiffs Brittany Bancroft and Ariel Sharone (together, "Plaintiffs") to approve notice and opt-in forms (R. Doc. 32),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that this Court approves the notice of collective action and opt-in form attached to this order. Both may be transmitted to the putative class members in this collective action.

New Orleans, Louisiana, this 31st day of January, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
*BANCROFT, ET AL. V. 217 BOURBON, LLC, ET AL.*
CASE NO. 21-545

# NOTICE OF OPPORTUNITY TO JOIN COLLECTIVE ACTION TO DETERMINE YOUR RIGHT TO OVERTIME AND MINIMUM WAGE COMPENSATION UNDER THE FAIR LABOR STANDARDS ACT

If you are or were a bartender employed by The Drinkery bar in New Orleans at any point from March 17, 2018 to present, who received a "tip credit" towards their minimum wage, and/or worked over 40 hours in at least one workweek from March 17, 2018 to the present, and were subject to the pay practices of the Drinkery during that time, a collective action lawsuit may affect your rights.

*A court authorized this notice. This is not a solicitation from a lawyer.*

- Plaintiffs, two former bartenders employed by 217 Bourbon, LLC at The Drinkery, have sued 217 Bourbon, LLC, and Jesse Wade Yeomans (the "Drinkery") alleging they improperly failed to pay minimum wage and overtime under the Fair Labor Standards Act ("FLSA") by improperly applying a tip credit to bartender's wages. The Drinkery denies all of these allegations as asserted by the plaintiffs in the lawsuit.
- The Court has certified a collective action on behalf of all bartenders employed at the Drinkery on or after March 17, 2018, and who choose to participate in this action.
- It is a violation of federal law for the Drinkery to discriminate or retaliate against you in any manner for taking part in this case.
- The Court has not expressed any opinion concerning the truth of any allegations or defenses asserted in the Litigation. Currently, the lawsuit remains pending and there is no guarantee that plaintiffs will prevail on their claims. As such, there is no money currently available nor any guarantee that money will ever be available to you or the plaintiffs who instituted this lawsuit. However, your legal rights are affected, and you have a choice to make. You are not required to participate in this case or to sign the attached form. It is entirely your own decision whether to do so.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE LAWSUIT | |
|---|---|
| **SUBMIT A CLAIM FORM BY MONTH XX, 2022** | **Be part of this lawsuit. Await the outcome.** By returning your Opt-In Form, you become a participant in this lawsuit. Therefore, you gain the possibility of obtaining a portion of any award, whether monetary or otherwise, that may come from a trial or a settlement. |
| **DO NOTHING** | If you do nothing at all, and do not timely return a signed Opt-In Form you will not be a participant in the lawsuit. If you choose not to participate in this lawsuit, you will not be affected by any judgment or settlement rendered in this case, whether favorable or unfavorable. You will not be entitled to share any amounts recovered in the lawsuit. You will be free to file your own lawsuit, although you will have to hire and pay your own lawyer for that lawsuit and you will have to independently prove your claims. The pendency of this lawsuit will not stop the running of the statute of limitations as to any claims you may have. |

These rights and options – **and the deadlines to exercise them** – are explained in this Notice. To participate in this lawsuit and any money or benefits that may be obtained in this lawsuit **you must sign and return the enclosed Consent Form before Month XX, 2022.**

You may also call 504-525-1335 for more information.

## **BASIC INFORMATION**

**1.      What is this notice about?**

The Drinkery's records show you currently work, or previously worked, for the Drinkery as a bartender. This notice explains that the Court has certified a collective action lawsuit that may affect you. You have legal rights and options that you may exercise before the Court holds a trial. The trial is to decide whether the claims being made against the Drinkery, on your behalf, are correct. Judge Barry Ashe of the United States District Court for the Eastern District of Louisiana is overseeing this collective action.

**2.      What is the Litigation about?**

This lawsuit is about whether the Drinkery failed to comply with Federal laws requiring the payment of minimum wage and overtime compensation for hours worked in excess of 40 hours in any workweek. More information about federal laws regarding overtime can be found at the website for the U.S. Department of Labor ([www.dol.gov](www.dol.gov)).

**3.      What is a collective action?**

The Court has certified this lawsuit as a collective action, which means that this notice should be sent to all of those persons entitled to participate in this lawsuit. The Named Plaintiffs seek to sue on behalf of themselves and all others "similarly situated". The individuals that the Named Plaintiffs allege are similarly situated are those current and former bartenders employed by the Drinkery at any time after March 17, 2018, to the present. This Notice is only for the purpose of determining the identity of those persons who wish to be involved in this case. Your right to participate in this suit may depend upon a later decision by the United States District Court that you and Named Plaintiffs are actually "similarly situated". More information about why the Court is allowing this lawsuit to be a collective action is in the Court's Order Certifying a Collective Action which is available by calling (504) 525-1335.

**4.   What does the lawsuit complain about?**

In the lawsuit, the Plaintiffs claim that the Drinkery violated the federal Fair Labor Standards Act ("FLSA") by unlawfully applying a tip credit to bartenders wages and failing to pay minimum wage to bartenders or overtime compensation to bartenders who worked more than 40 hours in a workweek. Generally, the overtime provisions of the FLSA require that for all hours over forty hours per week that an employee works, the employer must compensate the employee at the rate of one and one-half times his or her regular hourly rate (for those paid a salary, the salary is converted to an hourly rate for purposes of calculating overtime compensation). The Named Plaintiffs in this lawsuit claim that bartenders are not paid overtime or minimum wage as a result of unlawful application of a tip credit. For more information, you can obtain a copy of the Plaintiffs' Collective Action Complaint by calling (504) 525-1335.

**5.   Has the Court decided who is right?**

The Court hasn't decided whether the Drinkery or the Plaintiffs are correct. By certifying the collective action and issuing this Notice, the Court is not suggesting that the Plaintiffs will win or lose this case. The Plaintiffs must prove their claims at a trial. There is no assurance that the Court will grant any relief to plaintiffs or to you in this case.

**6.   What are the Plaintiffs asking for?**

The Plaintiffs are seeking money damages for unpaid minimum wage and overtime compensations for the period of March 17, 2018, through the time of the trial or settlement.

## YOUR RIGHTS AND OPTIONS

**7. What do I have to do in order to participate in the lawsuit?**

Enclosed you will find the "Opt-In Form". If you choose to join this lawsuit, and thus participate in any recovery that may result from this lawsuit, it **is extremely important that your read, sign and return the Opt-In Form**. The Form may be completed online and the paper form is pre-addressed and postage paid for your convenience. Should the Consent Form be lost or misplaced, please contact counsel for Plaintiffs immediately at (504) 525-1335. The signed Opt-In Form must be postmarked by Month XX, 2022. **If your Consent Form is not postmarked by Month XX, 2022, you will not participate in any recovery obtained against Defendant in this lawsuit.**

**8. What happens if I do nothing at all?**

If you do nothing at all, and do not timely return a signed Opt In Form you will not be a participant in the lawsuit. If you choose not to participate in this lawsuit, you will not be affected by any judgment or settlement rendered in this case, whether favorable or unfavorable. You will not be entitled to share any amounts recovered in the lawsuit. You will be free to file your own lawsuit, although you will have to hire and pay your own lawyer for that lawsuit and you will have to independently prove your claims. The pendency of this lawsuit will not stop the running of the statute of limitations as to any claims you may have.

**9. Can the Drinkery retaliate against me for participating in this lawsuit?**

It is a violation of federal law for the Drinkery to discriminate or retaliate against you in any manner for taking part in this case. If you believe that you have been penalized, discriminated against or disciplined in any way as a result of your receiving this notification, considering whether to join this lawsuit or actually joining this lawsuit, you may contact Class Counsel in this lawsuit or another lawyer of your choosing.

## THE LAWYERS REPRESENTING YOU

**10. Do I have a lawyer representing me?**

Daniel A. Meyer, and Joseph M. Bruno, Sr., are "Class Counsel" who will represent you if you opt into this lawsuit. If you have any questions for Class Counsel, you may write to them at the following addresses:

| | |
|---|---|
| Daniel A. Meyer, Esq. | Joseph M. Bruno, Sr., Esq. |
| Bruno & Bruno, LLP | Bruno & Bruno, LLP |
| 855 Baronne Street | 855 Baronne Street |
| New Orleans, LA 70113 | New Orleans, LA 70113 |

If you do not opt into the lawsuit, then the attorneys for the Class will not represent you. Again, you are free to consult with your own attorney about your options if you so choose.

**11. Should I get my own lawyer?**

You do not need to hire your own lawyer because Class Counsel is working on your behalf. However, if you want your own lawyer, you are free to select a lawyer of your own choosing. It is entirely up to you.

**12. How will the lawyers be paid?**

If Class Counsel receive money or benefits for the Class, they may ask the Court for fees and expenses. If the Court grants Class Counsels' request, the fees and expenses would be either deducted from any money obtained for the Class or paid separately by the Drinkery.

## **TRIAL**

**13. How and when will the Court decide who is right?**

As long as the case isn't resolved by a settlement or otherwise, Class Counsel will have to prove the Plaintiffs' claims at a trial. The trial is scheduled for April 11-13, 2022, and it will take place in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C367, New Orleans, Louisiana 70130. During the trial, a Jury or the Judge will hear all of the evidence to help them reach a decision about whether the Plaintiffs or Defendant are right about the claims in the lawsuit. There is no guarantee that the Plaintiffs will win, or that they will get any money for the Class.

**14. Do I have to come to trial?**

You do not need to attend the trial. Class Counsel will present the case for the Plaintiffs, and the Drinkery will present the defenses. You or your own lawyer are welcome to come at your own expense.

**15. Will I get money after the trial?**

If the Plaintiffs obtain money or benefits as a result of the trial or a settlement, you will be notified about how to participate. We do not know how long this will take.

Case 2:21-cv-00545-BWA-JVM   Document 34   Filed 01/31/22   Page 6 of 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
*BANCROFT, ET AL. V. 217 BOURBON, LLC, ET AL.*
CASE NO. 21-545

# REQUEST FOR INCLUSION IN CLASS (OPT-IN FORM)

Fill out and submit this Request for Inclusion in the Cass (Opt-In Form) if you are or were a bartender employed by The Drinkery bar in New Orleans at any point from March 17, 2018 to present, who received a "tip credit" towards their minimum wage, and/or have worked over 40 hours in at least one workweek from March 17, 2018 to the present, and who were subject to the pay practices of the Drinkery during that time, **AND** you wish to opt in to the collective action.

Each individual employee who wishes to opt in the collective action should complete one (1) Opt-In Form, to be submitted to the Class Counsel so that it is electronically submitted or postmarked **no later than MONTH XX, 2022.**

**EMPLOYEE**
FIRST NAME          MI          LAST NAME

**CURRENT MAILING ADDRESS**
STREET

CITY          STATE          ZIP

**CONTACT**
DAYTIME PHONE NO.          EMAIL ADDRESS

## EMPLOYEE INFORMATION

DATES WHEN YOU WORKED FOR THE DRINKERY: FROM:_____ TO:_____.

**VERIFICATION**

I request to be included and opt in the collective action lawsuit in the matter of *Bancroft, et al. v. 217 Bourbon, LLC, et al.* I understand that, because I am opting in to this lawsuit, I will be included in the lawsuit for money against 217 Bourbon, LLC, and their owner for violations of the Fair Labor Standards Act concerning minimal wage and overtime laws.

I have completed and read the foregoing and that the facts stated in it are true and correct to the best of my knowledge and belief.

Dated: _____  Signed: _____

**E-Mail to:**
DMEYER@BRUNOBRUNOLAW.COM

**or Mail to:**
BRUNO & BRUNO, LLP
855 BARONNE STREET
NEW ORLEANS, LA 70113

**Questions? Call Class Counsel, Daniel A. Meyer, at (504) 525-1335.**