MINUTE ENTRY
VAN MEERVELD
March 7, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRITTANY BANCROFT, ET AL.,<br>*Plaintiffs* | CIVIL ACTION<br>NO.   21-545 |
| VERSUS | SECTION: "M" (1) |
| 217 BOURBON, LLC, ET AL.,<br>*Defendants* | JUDGE BARRY W. ASHE |
| | MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

A settlement conference was held via video conference on Monday, March 7, 2022.

PRESENT FOR:

  *Plaintiffs:*  Daniel Meyer, Brittany Bancroft, Ari Sharone

  *Defendants:*  Justin Alsterberg, Wade Yeoman

Negotiations were successful and resulted in the CONFIDENTIAL settlement of the named plaintiffs' claims. Recognizing that putative members of the collective action have until April 7, 2022, to opt in, defendants and plaintiffs' counsel have also reached an agreement to settle the claims of any future opt-in plaintiffs. The parties will seek court approval of their settlement in accordance with the Fair Labor Standards Act.

The material terms of the settlement were memorialized on the record. The U.S. District Judge's chambers have been notified. The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

*Janis van Meerveld*
Janis van Meerveld
United States Magistrate Judge

MJSTAR: 01:30