UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRITTANY BANCROFT and ARIEL SHARONE**, on behalf of themselves and all others similarly situated, | CIVIL ACTION NO. 2:21-cv-545 |
| **Plaintiffs,** | JUDGE: BARRY W. ASHE |
| v. | |
| **217 BOURBON, LLC and JESSE WADE YEOMANS,** | MAGISTRATE JUDGE: JANIS VAN MEERVELD |
| **Defendants.** | |

## JOINT MOTION TO APPROVE SETTLEMENT OF COLLECTIVE ACTION AND TO DISMISS CLAIMS WITH PREJUDICE

Plaintiffs Brittany Bancroft, Ariel Sharone, and opt in plaintiffs (collectively "Plaintiffs"), and Defendants 217 Bourbon, LLC, and Jesse Wade Yeomans (collectively, "Defendants"), jointly Motion for Approval of Settlement and to Dismiss said claims with Prejudice.

As set forth in the attached memorandum in support, there has been an extensive investigation followed by lengthy negotiations, culminating with experienced counsel on both sides weighing the benefits and costs of the present settlement against the risks and rewards of future litigation. The settlement occurred only after the Parties were able to properly and adequately assess its fairness and consult with the Magistrate Judge in a Settlement Conference assigned to this matter.

Accordingly, Plaintiffs and Defendants respectfully request that the Court grant approval of the settlement and dismiss all claims with prejudice, as set forth in the proposed Approval Order.

**Respectfully submitted:**

*/s/ Daniel A. Meyer*
Joseph M. Bruno (La. Bar # 3604)

1

Daniel A. Meyer (La. Bar # 33278)<br>
Bruno & Bruno, L.L.P.<br>
855 Baronne Street<br>
New Orleans, Louisiana 70113<br>
Telephone: (504) 525-1335<br>
Facsimile: (504) 562-6775<br>
Email: dmeyer@brunobrunolaw.com<br>
*Attorneys for Bancroft and Sharone*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing pleading upon all counsel of record by electronic filing through CM/ECF, or other electronic transmission this April 8, 2022.

*/s/ Daniel A. Meyer*<br>
Daniel A. Meyer